# United States District Court

Southern    District of    Texas

UNITED STATES OF AMERICA

V

**Armando Loya**
A 200 941 107

## CRIMINAL COMPLAINT

CASE NUMBER 1:10-PO-  **3251**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **September 16, 2010** in **Kleberg** County, in the **Southern** District of **Texas**, defendant(s) did, willfully, knowing, and unlawfully aid and abet One (1) undocumented alien by transporting them north, furthering their illegal entry into the United States.

In violation of **Title 8 USC Section 1325** and **Title 18 USC Section 2**.

I further state that I am a **United States Border Patrol Agent** and the complaint is based on on the following facts:
Kingsville Agents received a call about a suspicious vehicle picking up a suspected undocumented alien on Hwy 285. Highway 285 is a notorious alien smuggling corridor for aliens that are circumventing the U. S. Border Patrol Checkpoints. A description of the vehicle and route of travel was given to the Kingsville Agents. Agents waited for the vehicle at the intersection of Hwy 77 and Hwy 285 in Riviera Texas. Agents observed the vehicle approaching the intersection and proceeded to get behind the vehicle to run the vehicle license plate. The vehicle quickly turned into the Burger King parking lot and Agents pulled up behind it. Agents conducted an immigration inspection on both subjects. The Immigration inspection revealed that the driver was a U.S. Citizen and the passenger was an undocumented alien from Guatemala.
Both subjects were placed under arrest and transported to the Sarita Border Patrol Checkpoint for further investigation. The driver of the vehicle later identified as LOYA, Armando stated that he made arrangements with a male known as "El Raton" to pick up and transport an illegal alien to Victoria, Texas for monetary gain. LOYA stated that once he picked up the alien he continued to travel east on Hwy 285. At the intersection of Hwy77 and Hwy 285 LOYA observed two marked Border Patrol units and felt that he was going to be busted. LOYA stated he turned into the Burger King to see if he was being followed by the Border Patrol. LOYA said once he saw the units turn in behind him he knew that they were going to stop him. LOYA stated that he did not want to run and decided to give up.
Continued on the attached sheet and made part hereof:   ☐ Yes   ☒ No

S/   Juan C. Gamez    Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

September 17, 2010                                at    Brownsville, Texas
*Date*                                                    *City and State*

Ronald G. Morgan    U.S. Magistrate Judge        /S/
*Name and Title of Judicial Officer*              *Signature of Judicial Officer*